UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Saddam Samaan Daoud Samaan,

      Plaintiff,

v.

The City of Columbia Heights; The
Columbia Heights Police Department; Matt
Markham, *The Chief of the Police
Department, in his individual and official
capacity*; and Paul Bonesteel, Justin
Pletcher, and Other Unknown Law
Enforcement, *each in their individual and
official capacity*,

      Defendants.

File No. 25-cv-449 (ECT/DLM)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on February 28, 2025. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2.    Plaintiff's "Motion for Judgment for Civil Rights Violation Pursuant to 42 U.S.C.S. § 1983" [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2); and

3.      Plaintiff's Application to Proceed in District Court Without Prepaying Fees

or Costs [ECF No. 3] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 27, 2025                         s/ Eric C. Tostrud_____
                                               Eric C. Tostrud
                                               United States District Court